AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:48 pm, Nov 03, 2020

WILLIE MAYS

v.

DAMON HININSER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-CV-123

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated November 2, 2020; the Magistrate Judge's Report and Recommendation is REJECTED as moot, and Plaintiff's Motion to Dismiss is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice. Judgment is hereby entered. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

November 3, 2020
Date

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03